UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAMES TORREY,
    Plaintiff,

vs.                                               Case No. 09-1001

DUANE PRICE, et. al.,
    Defendants.

### ORDER

    This cause is before the court on the plaintiff's motion to reconsider the Court's January 26, 2009 merit review order dismissing the plaintiff's case. [d/e 11]

    A post-judgment motion seeking substantive relief from a judgment must be made pursuant to either Rule 59 or Rule 60(b) of the Federal Rules of Civil Procedure. The pro-se plaintiff's motion does not reference either rule. Rule 59(e) motions to alter or amend the judgment must be filed within ten business days of the entry of judgment. *Hope v. United States*, 43 F.3d 1140, 1143 (7th Cir. 1994), cert. denied, 115 S.Ct. 2558 (1995). The plaintiff's motion was filed within this ten day time frame. Therefore, the court will consider this a motion pursuant to Rule 59.

    A Rule 59(e) motion "may only be granted if there has been a mistake of law or fact or new evidence has been discovered that is material and could not have been discovered previously." *Figgie Int'l, Inc. v. Miller*, 966 F.2d 1178, 1180 (7th cir. 1992).

    The plaintiff's complaint centered on a disciplinary ticket he received which lead to the loss of good time credits. The plaintiff's case was dismissed because it was barred by *Heck v. Humphrey,* 512 U.S. 477 (1994). The plaintiff's motion is in letter form and asks the court not to dismiss his case without allowing him a chance to participate in a merit review hearing. The plaintiff also says he does intend to challenge the results of his disciplinary hearing.

    The plaintiff has failed to state a basis for allowing his motion to reconsider. The court conducted a merit review based on the clear allegations in the plaintiff's complaint. If the plaintiff wishes to challenge the results of his disciplinary hearing, he must do so before he files a lawsuit.

    **IT IS THEREFORE ORDERED that the plaintiff's motion to reconsider the January 26, 2009 order dismissing his case is denied. [d//e 11]**

    Entered this 26th day of August , 2009.

                                              **s\Harold A. Baker**

                          _____
                                      HAROLD A. BAKER
                              UNITED STATES DISTRICT JUDGE